1062

No. 83–1065.   COUNTY OF ONEIDA, NEW YORK, ET AL. *v.* ONEIDA INDIAN NATION OF NEW YORK STATE ET AL., 470 U. S. 226.   Petition for rehearing denied.

No. 83–1452.   MARRESE ET AL. *v.* AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS, 470 U. S. 373.   Motion of petitioners for clarification denied.   Petition for rehearing denied.   JUSTICE BLACKMUN and JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition.

No. 84–532.   ROWLAND *v.* MAD RIVER LOCAL SCHOOL DISTRICT, MONTGOMERY COUNTY, OHIO, 470 U. S. 1009;

No. 84–5548.   SMITH *v.* JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTION, 470 U. S. 1060;

No. 84–5811.   GACY *v.* ILLINOIS, 470 U. S. 1037;

No. 84–6082.   ATTWELL ET AL. *v.* UNITED STATES POSTAL SERVICE ET AL., 470 U. S. 1008;

No. 84–6173.   DINGLE *v.* SIMPKINS, ADMINISTRATOR OF THE ESTATE OF DINGLE, 470 U. S. 1086;

No. 84–6273.   MULLINS *v.* OHIO, 470 U. S. 1059; and

No. 84–6315.   IN RE MCDONALD, 470 U. S. 1082.   Petitions for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of these petitions.

APRIL 27, 1985

No. 84–1409.   DELTA AIR LINES, INC. *v.* JACOBSON.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.

APRIL 29, 1985

No. 84–5795.   CORNES *v.* KELLUM ET AL.   Appeal from App. Ct. Ill., 5th Dist., dismissed for want of substantial federal question.

No. 84–6381.   SINGER *v.* BODLEY, JUDGE, ET AL.   Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.